UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIM HARRIS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12CV1812 AGF |
| | ) |
| TERRY RUSSELL, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Before the Court is a notice filed by petitioner in this closed mandamus action. This matter was dismissed by the Court on November 27, 2012, as legally frivolous, wherein petitioner sought to "correct jail time credit in accordance with 558.02.1 RSMO." In the instant notice before the Court, petitioner has provided the Court with <u>copies</u> of documents filed in other state and federal offices relating to complaints he has made against this Court, as well as other Courts and state and federal officers and agencies.

After a full reading of the documents attached to petitioner's notice, it appears that petitioner is additionally seeking an order from this Court to compel his state appointed criminal counsel, from the Missouri State Public Defender's Office, to remove herself from an unidentified state appointed case and return any and all

documents to petitioner related to that case. As this Court has no jurisdiction over petitioner's state criminal proceedings, it will deny petitioner's request.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request for an order from this Court mandating removal of his state criminal public defender and for a mandatory injunction requiring appointed counsel to return to petitioner all documents relating to his state criminal proceedings [Doc. #9] is **DENIED**.

**IT IS FURTHER ORDERED** that this Court will not accept any additional filings from petitioner in this closed case.

Dated this 11th day of April, 2013.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE